IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case: 1:07-mc-00438 |
| ARCHSTONE-SMITH TRUST, et al. ) | Assigned To: Robertson, James |
| ) | Assign. Date: 10/26/2007 |
| Defendants/Cross-Plaintiffs, ) | Description: Miscellaneous |
| ) | |
| v. ) | |
| ) | |
| NILES BOLTON ASSOCIATES, INC. ) | |
| ) | |
| Cross-Defendant. ) | |

**CROSS-PLAINTIFFS ARCHSTONE-SMITH TRUST AND ARCHSTONE-SMITH OPERATING TRUST'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Cross-Plaintiffs Archstone-Smith Trust and Archstone-Smith Operating Trust, through undersigned counsel, respectfully move this Court to voluntarily dismiss this miscellaneous case, the parties having resolved the matter.

Respectfully submitted,

/s/   Andrew A. Nicely
Richard Ben-Veniste
Gary A. Winters (Bar No. 11252)
Andrew A. Nicely (Bar No. 14727)
MAYER BROWN LLP
1909 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 263-3000
Fax:     (202) 263-3300
Email: gwinters@mayerbrown.com
           anicely@mayerbrown.com

*Counsel for Cross-Plaintiffs Archstone-Smith Trust and Archstone Smith Operating Trust*

DATE:  November 14, 2007

## CERTIFICATE OF SERVICE

I certify that on this 14 day of November 2007, a copy of the foregoing notice was served via email and U.S. mail to the following:

>Charles E. Rogers, Esq.
>Carlock, Copeland, Semler & Stair, LLP
>2600 Marquis Two Tower
>285 Peachtree Center Avenue
>Atlanta, GA  30303
>Russell S. Drazin, Esq.
>
>Jackson & Campbell, P.C.
>1120 20th Street, N.W., South Tower
>Washington, D.C. 20036
>(202) 457-1600
>(202) 457-1678 fax
>*Counsel for Niles Bolton Associates, Inc.*

                                             /s/
                                    Andrew A. Nicely